IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| GREG ANDERSON,<br><br>       Plaintiff,<br><br>  v.<br><br>GARY HERBERT, SEAN REYES, THIRD DISTRICT COURT, and EIGTH DISTRICT COURT,<br><br>       Defendants. | **ORDER**<br><br>Case No. 2:15-cv-00083-RJS<br><br>Judge Robert J. Shelby |

  On December 7, 2016, the court sua sponte consolidated *Anderson v. McClellan*, 2:16-cv-271-JNP into this case. The operative amended complaint in this case (Dkt. 18) includes only the claims from the original '83 case, not the claims from the consolidated '271 case. As such, Plaintiff is directed within 21 days to file a consolidated complaint that includes all claims from the '83 case and the '271 case that he wishes to continue prosecuting. To the extent there exist any other claims stemming from the same incident underlying the '83 and '271 cases that Plaintiff wishes to bring, he is directed to include those in the consolidated complaint as well.

  Until further notice, the only filings that will be accepted in this case are a consolidated complaint and an answer to the consolidated complaint or a motion to dismiss the consolidated complaint. If one or more motions to dismiss are filed, responsive briefing may be filed in accordance with the Federal Rules of Civil Procedure and the Court's local rules. Any party wishing to make any other filing must first seek leave to do so. All previously filed pending motions in the '83 or '271 cases and the pending Report and Recommendations (Dkt. 24) in the

'83 case are dismissed as moot. If Plaintiff fails to file a consolidated complaint within 21 days of this order, the case will be dismissed for failure to prosecute.

**SO ORDERED** this 20th day of December, 2016.

BY THE COURT:

_____
ROBERT J. SHELBY
United States District Judge